**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF NORTH CAROLINA**

In Re:                                                    )
                                                          )
Graves, Linnie Lorenzo              xxx-xx-2251           )
Mills, Rachelle Narie               xxx-xx-1119           )          No. 26-10018 C-13G
1021 Pine Lane                                            )
Eden, NC 27288                                            )
                                                          )
                                        Debtors.          )

TRUSTEE'S OBJECTION TO CONFIRMATION OF PLAN
AND RECOMMENDATION AGAINST CONFIRMATION OF PLAN

NOW COMES, Anita Jo Kinlaw Troxler, Trustee in the above-referenced plan, by and through counsel, and objects to confirmation of the plan and recommends that the plan ("plan") be denied confirmation and in support shows unto the Court as follows:

1.  The Debtors filed the Plan (Docket #14) on January 23, 2026, and propose a plan payment of $850.00 per month for 60 months.

2.  Trustee is unable to determine if the Debtors have met confirmation requirements which require that all income tax returns four years prior to petition filing be filed pursuant to the terms of 11 U.S.C. §1325(a)(9).

3.  The Debtors have historically incurred income tax liability and the Trustee is unable to determine if the Debtors are incurring post-petition liability as a result of insufficient withholdings being taken from their respective pay checks.

4.  The Debtors propose no liquidation value for the estate. The Trustee is informed that the residential real property is a lease to own for which the female Debtor is indebted and at the end of the lease term in August 2026, the female Debtor will own the residential real property free and clear of all encumbrances. The calculation of the liquidation value of the estate should include this interest.

5.  Under Section 4.3(d) of the plan, it provides that Santander Consumer USA is to be paid as secured for value of its collateral. Based on the claim, it appears that the underlying obligation was incurred within 910 days and the claim should be provided for under Section 4.3(c) of the plan.

6.  The plan payment is insufficient to deal with plan debt but the Trustee is not able to determine the plan payment needed without the above issues being resolved.

7.  The Trustee objects to confirmation of this plan due to tax return issues; liquidation; inability to determine if the Debtors are incurring post-petition liability; claim treatment; and plan payment.

WHEREFORE, the Trustee recommends that the Court sustain the objection to confirmation of plan and deny confirmation of the plan.

Date:  April 9, 2026                                s/Jennifer R. Harris
                                                    Jennifer R. Harris, N.C. State Bar No.: 26857
                                                    Attorney for Anita Jo Kinlaw Troxler, Trustee
                                                    P.O. Box 1720
                                                    Greensboro, NC  27402-1720
                                                    Telephone: (336) 378-9164

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF NORTH CAROLINA**

| | | | |
|---|---|---|---|
| In Re: | | ) | |
| | | ) | |
| Graves, Linnie Lorenzo | xxx-xx-2251 | ) | |
| Mills, Rachelle Narie | xxx-xx-1119 | ) | No. 26-10018 C-13G |
| 1021 Pine Lane | | ) | |
| Eden, NC 27288 | | ) | |
| | Debtors. | ) | |

**CERTIFICATE OF SERVICE**

THIS IS TO CERTIFY that on the below date, the undersigned served a copy of the <u>TRUSTEE'S OBJECTION TO CONFIRMATION OF PLAN AND RECOMMENDATION AGAINST CONFIRMATION OF PLAN</u> by depositing the same, enclosed in a postpaid wrapper, properly addressed to the following parties in interest, at their last known addresses as shown below, in a post office or official depository under the exclusive care and custody of the United States Postal Service:

LINNIE LORENZO GRAVES
RACHELLE NARIE MILLS
1021 PINE LANE
EDEN, NC 27288

TOMMY S BLALOCK III
620 GREEN VALLEY RD STE 209
GREENSBORO NC 27408

SANTANDER CONSUMER USA INC.
P.O. BOX 961245
FORT WORTH, TX 76161

Date:  April 9, 2026

s/Jennifer R. Harris
Jennifer R. Harris, N.C. State Bar No.: 26857
Attorney for Anita Jo Kinlaw Troxler, Trustee
P.O. Box 1720
Greensboro, NC  27402-1720
Telephone: (336) 378-9164